# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BETHANY ARMSTRONG, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action Number 3:19-CV-653 |
| | )   District Judge Eli J. Richardson |
| CORECIVIC, INC., | )   Magistrate Judge Joe B. Brown |
| | ) |
|     Defendant. | ) |

## NOTICE OF APPEARANCE

Joseph F. Welborn, III, of Butler Snow LLP, The Pinnacle at Symphony Place, 150 Third Avenue, South, Suite 1600, Nashville, Tennessee 37201, hereby enters his appearance as counsel for Defendant CoreCivic, Inc.

                              Respectfully submitted,

                              /s/ Joseph F. Welborn, III
                              Joseph F. Welborn, III (#15076)
                              Erin Palmer Polly (#22221)
                              Sara Anne T. Quinn (#29424)
                              Butler Snow LLP
                              The Pinnacle at Symphony Place
                              150 Third Avenue, South, Suite 1600
                              Nashville, Tennessee 37201
                              (615) 651-6700
                              (615) 651-6701

                              *Counsel for Defendant CoreCivic, Inc.*

## **CERTIFICATE OF SERVICE**

      I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel via U. S. Mail, first-class postage prepaid, this August 26, 2019, on the following:

James B. Johnson
The Johnson Law Firm
1506 Church Street, Suite 3
Nashville, Tennessee 37203

                                                  /s/ Joseph F. Welborn, III

49079649.v1